UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEE CHA, | No. 2:13-cv-0179 CKD |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff has filed a motion for summary judgment. The administrative transcript does not contain an itemized list of the exhibits. The "List of Exhibits" simply lumps all of the "medical evidence" and indicates such evidence is found at pages 225-449 of the administrative transcript. Similarly, the "disability related development and documentation" indicates this evidence can be found at pages 104-224. Compiling all the evidence in such a manner, without specific itemization of the records found therein, does not foster meaningful review. Such a practice is also contrary to the thousands of administrative transcripts heretofore submitted to this court. See, e.g., court transcript indices submitted in Smith v. SS, (E.D. Cal.), case no. 2:12-cv-2707 CKD; Jekov v. SS, (E.D. Cal.), case no. 2:12-cv-2768 CKD.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that defendant shall, no later than September 18, 2013, file an amended court transcript index, specifically itemizing the records contained in the administrative transcript.

Dated: August 15, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 cha0179.index