BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
     Social Security Administration
     333 Market St., Suite 1500
     San Francisco, CA  94105
     Telephone: (415) 977-8939
     Facsimile: (415) 744-0134
     Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MEE CHA,<br><br>    Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:13-CV-00179-CKD<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

with the approval of the Court, that Defendant shall have a first extension of time of 30 days to

file her motion for summary judgment.  Defendant respectfully request this additional time

because he has just returned from a preplanned family vacation to the east coast and because of a

heavy workload despite due diligence in managing his calendar.

/////

/////

1

1    The new due date for Defendant's motion for summary judgment will be Monday,

2  October 7, 2013.

3

4                                    Respectfully submitted,

5  Date: _September 6, 2013_____      JESSE S. KAPLAN, ATTORNEY AT LAW

6                          By:    _/s/ Jesse Kaplan*_____
                                  JESSE KAPLAN
7                                 * By email authorization on September 5, 2013
                                  Attorney for Plaintiff
8

9  Date: _September 6, 2013_____      BENJAMIN B. WAGNER
                                       United States Attorney
10

11                         By:    _/s/ Jeffrey Chen_____
                                  JEFFREY CHEN
12                                Special Assistant United States Attorney
                                  Attorneys for Defendant
13

14

15

16

17                                ORDER

18

19  APPROVED AND SO ORDERED:

20  Dated:  September 10, 2013

21                                _____
                                  CAROLYN K. DELANEY
22                                UNITED STATES MAGISTRATE JUDGE

23

24

25

26  Stip. to Extend Def.'s MSJ

27

28

                                       2