1  JESSE S. KAPLAN   CSB#103726
2  5441 Fair Oaks Bl. Ste. C-1
   Carmichael, CA   95608
3  916/488-3030
   916/489-9297 fax
4
5  Attorney for Plaintiff
   MEE CHA

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA
8                              -o0O0o-

9  MEE CHA,                        ) Case No.:2:13-00179-CKD
                   Plaintiff,      )
10                                 ) REQUEST FOR EXTENSION OF TIME TO
11                                 ) FILE PLAINTIFF'S REPLY BRIEF;
       vs.                         ) ORDER
12 CAROLYN COLVIN,                 )
      Acting Commissioner of Social Security, )
13                                 )
14                 Defendant       )
                                   )
15 _____

16     THE UNDERSIGNED COUNSEL REQUESTS A TWO-DAY EXTENSION OF TIME TO FILE
17 PLAINTIFF'S REPLY BRIEF, TO NOVEMBER 8, 2013. THE REASONS FOR THIS REQUEST
18 ARE A CONCATENATION OF UNFORTUNATE EVENTS. THE CENTERPIECE OF THESE IS THAT
19 INTERNET SERVICE WAS DOWN AT THE UNDERSIGNED'S OFFICE AND HOME FROM THE
20 BEGINNING OF THE AFTERNOON YESTERDAY UNTIL THIS MORNING AND APPOINTMENTS AND
21 OTHER TASKS TODAY MADE IT IMPOSSIBLE TO PROGRESS WITH THIS BRIEF THROUGH THE
22 END OF BUSINESS. IN ADDITION, THE LEGAL ASSISTANT WHO WAS TO HAVE DONE
23 PRELIMINARY WORK HAD TO LEAVE TOWN LAST WEEKEND UNEXPECTEDLY AND REMAINS OUT
24 OF TOWN AND THE UNDERSIGNED WAS WORKING ON A MOTION FOR SUMMARY JUDGMENT IN
25 ANOTHER CASE THAT WAS FILED THE DAY BEFORE YESTERDAY.
26     I EMAILED DEFENSE COUNSEL REGARDING THIS, BUT HAD NOT HEARD BACK BY
27 CLOSE OF BUSINESS.
28     THIS IS THE FIRST EXTENSION.

            REQUEST FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF;
                                ORDER - 1

Dated: November 6, 2013                    */s/     Jesse S. Kaplan*
                                           JESSE S. KAPLAN
                                           Attorney for Plaintiff

### ORDER

For good cause shown, the requested extension of plaintiff's time to file a reply brief is extended to November 8, 2013.

SO ORDERED.

Dated:  November 12, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

REQUEST FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF; ORDER - 2