JESSE S. KAPLAN   CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
MEE CHA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| MEE CHA, | ) Case No.:2:13-00179-CKD |
| Plaintiff, | ) |
| | ) REQUEST FOR EXTENSION OF TIME TO |
| | ) FILE PLAINTIFF'S REPLY BRIEF; |
| vs. | ) ORDER |
| CAROLYN COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |
| | ) |

THE UNDERSIGNED COUNSEL REQUESTS A TWO-DAY EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF, TO NOVEMBER 8, 2013. THE REASONS FOR THIS REQUEST ARE A CONCATENATION OF UNFORTUNATE EVENTS. THE CENTERPIECE OF THESE IS THAT INTERNET SERVICE WAS DOWN AT THE UNDERSIGNED'S OFFICE AND HOME FROM THE BEGINNING OF THE AFTERNOON YESTERDAY UNTIL THIS MORNING AND APPOINTMENTS AND OTHER TASKS TODAY MADE IT IMPOSSIBLE TO PROGRESS WITH THIS BRIEF THROUGH THE END OF BUSINESS. IN ADDITION, THE LEGAL ASSISTANT WHO WAS TO HAVE DONE PRELIMINARY WORK HAD TO LEAVE TOWN LAST WEEKEND UNEXPECTEDLY AND REMAINS OUT OF TOWN AND THE UNDERSIGNED WAS WORKING ON A MOTION FOR SUMMARY JUDGMENT IN ANOTHER CASE THAT WAS FILED THE DAY BEFORE YESTERDAY.

I EMAILED DEFENSE COUNSEL REGARDING THIS, BUT HAD NOT HEARD BACK BY CLOSE OF BUSINESS.

THIS IS THE FIRST EXTENSION.

REQUEST FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF;
ORDER - 1

Dated: November 6, 2013                    */s/     Jesse S. Kaplan*
                                           JESSE S. KAPLAN
                                           Attorney for Plaintiff

## ORDER

For good cause shown, the requested extension of plaintiff's time to file a reply brief is extended to November 8, 2013.

SO ORDERED.

Dated:  November 12, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

REQUEST FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF;
ORDER - 2