UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEE CHA,<br><br>            Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>            Defendant. | No.  2:13-cv-0179 CKD<br><br><br><br>ORDER |

Plaintiff has filed a motion to amend the judgment.  ECF No. 28.  Good cause appearing, IT IS HEREBY ORDERED that opposition, if any, shall be filed no later than March 17, 2014.

Dated: March 4, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 cha0179.amd.oppo

1