UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEE CHA, | No. 2:13-cv-0179 CKD |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff has filed a motion to amend the judgment. ECF No. 28. No opposition has been filed. Good cause appearing, IT IS HEREBY ORDERED that the order filed February 7, 2014 (ECF No. 26) and the judgment entered thereon (ECF No. 27) are amended as follows:

1. Plaintiff's motion for summary judgment (ECF No. 13) is granted;

2. The Commissioner's cross-motion for summary judgment (ECF No. 22) is denied; and

3. Benefits shall be reinstated without further agency proceedings.

Dated: March 19, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 cha0179.amd.jdg

1