JESSE S. KAPLAN CSB# 103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
(916) 488-3030
(916) 489-9297 fax

Attorney for Plaintiff
MEE CHA

## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| MEE CHA, | Case No.: 2:13-CV-00179-CKD |
| Plaintiff, | **STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |
| vs. | **[28 U.S.C. §2412(d)]** |
| Carolyn Colvin, | |
| ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

   THE PARTIES STIPULATE through their undersigned counsel that the Court's order of April 22, 2014, granting plaintiff's motion for attorney fees under the Equal Access to Justice Act may be withdrawn and this stipulation and order substituted therefor.

   THE PARTIES STIPULATE through the undersigned, subject to the approval of the Court, that plaintiff be awarded

STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES UNDER THE
EQUAL ACCESS TO JUSTICE ACT
[28 U.S.C. §2412(d)] - 1

attorney fees in the amount of Four Thousand Six Hundred Dollars ($4,600.00) under the *Equal Access to Justice Act,* 28 U.S.C. §2412(d) and that there will be no award of costs. This will represent compensation for all legal services rendered by counsel for plaintiff in this civil action and in accordance with that statute.

Upon the Court's order, defendant will consider the assignment of those *EAJA* fees pursuant to *Astrue v. Ratliff,* 130 S.Ct. 2521, 2252-2253 (2010), considering any offsets allowed under the United States Department of Treasury's Offset Program. Fees shall be made payable to plaintiff, but if the Treasury Department determines plaintiff owes no federal debt, then the government shall pay the fees directly to Jesse S. Kaplan based on an assignment executed by plaintiff and will deliver the payment to said counsel.

This stipulation constitutes a compromise settlement of plaintiff's request for *EAJA* fees and not an admission of liability of defendant under the *EAJA*. Payment of this agreed amount shall constitute a complete release and bar of plaintiff and her counsel regarding *EAJA* fees relating to this action. This award is without prejudice to plaintiff's counsel's right to fees under 42 U.S.C. §406(b), subject to the savings clause provisions of the *EAJA.*

Dated:    April 29, 2014                          /s/    Jesse S. Kaplan

                                                 JESSE S. KAPLAN

                                                 Attorney for Plaintiff


Dated: April 29, 2014                     /s/ per email authorization

                                                 JEFFREY CHEN

                                                 Special Assistant U.S. Attorney

                                                 Attorney for Defendant


**ORDER**

   GOOD CAUSE APPEARING from the foregoing stipulation, the Court's Order of April 22, 2014, concerning *EAJA* fees is withdrawn, and IT IS ORDERED that defendant pay plaintiff's attorney fees pursuant to the *EAJA* in accordance with this stipulation.

Dated:   May 2, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES UNDER THE

EQUAL ACCESS TO JUSTICE ACT

[28 U.S.C. §2412(d)] - 3